740

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DAVID A. CELMER, Defendant-Appellant.

(No. 56496; )

First District—July 5, 1972.

Opinion by Mr. JUSTICE BURKE.

Gerald W. Getty, Public Defender, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, for the People.

JUNE BRISKIN, Petitioner-Appellee, *v.* BRISKIN MANUFACTURING COMPANY *et al.,* Respondents-Appellants.

(No. 54780; )

First District—May 19, 1972.

*Rehearing denied August 8, 1972.*

